IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Angla Lea Dingal, | ) | Case No. 10-10558 WV |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the court have been complied with and that pursuant to the Trustee's Final Report and Proposed Distribution, all dividend checks have been issued and mailed to creditors at their last known addresses.

The claim distributions listed on the report entitled *Dividends Remitted To The Court* attached as "Exhibit A" have not mailed for the reason that the dividend to be paid to each creditor is under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount of $4.54, which is paid in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

/s/ G. David Bryant, Trustee
G. David Bryant, Trustee
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City OK 73105
(405) 848-4448
(405) 842-4539- fax

Date: 04/13/11                                                                                                                                                  Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-10558 - DINGAL, ANGLA LEA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Access Medical Center<br>c/o Onyx Financial Group, L.L.<br>P. O. Box 12785<br>Oklahoma City, OK 73157<br>    #4052 | 000003 | 288.57 | 4.54 |
| ---------- Remittance Total --------------- | | 288.57 | 4.54 |

_____
G. DAVID BRYANT, TRUSTEE

**EXHIBIT A**

COURT1                                                                                                          Printed: 04/13/11 05:40 PM   Ver: 16.01c